| | | |
|---|---|---|
| 1 | CHRISTOPHER J. KERLEY, WSBA #16489<br>Evans, Craven & Lackie, P.S. | THE HONORABLE<br>ROSANNA M. PETERSON |
| 2 | 818 W. Riverside, Suite 250<br>Spokane, WA 99201-0910 | |
| 3 | Telephone: (509) 455-5200<br>Fax: (509) 455-3632 | |
| 4 | ckerley@ecl-law.com<br>*Among Attorneys for Defendants* | |
| 5 | D. R. (ROB) CASE, WSBA #34313 | |
| 6 | City Attorney<br>City of Selah | |
| 7 | 115 West Naches Avenue<br>Selah, WA 98942 | |
| 8 | Telephone: (509) 698-7330<br>Facsimile: (509) 698-7338 | |
| 9 | Email: Rob.Case@selahwa.gov<br>*Among Attorneys for Defendants* | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SELAH ALLIANCE FOR EQUALITY; COURTNEY HERNANDEZ; REV. DONALD DAVID JR.; LAURA PEREZ, ANITA CALLAHAN; KALAH JAMES, CHARLOTTE TOWN; AMANDA WATSON; and ANNA WHITLOCK,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SELAH; SHERRY RAYMOND, in her official capacity as Mayor of the City of Selah; and DONALD WAYMAN, in his official capacity as City Administrator for the City of Selah,<br><br>Defendants. | Case No. 1:20-cv-03228-RMP<br><br>**DECLARATION OF ERIN BARNETT IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

DECLARATION OF ERIN BARNETT - 1
(No. 1:20-cv-03228-RMP)

ATTORNEY D. R. (ROB) CASE
CITY ATTORNEY
CITY OF SELAH
115 WEST NACHES AVE.
SELAH, WA 98942

I, ERIN BARNETT, do hereby declare and state as follows:

1. I am over the 18 of age and fully competent.

2. In all regards, this Declaration is based on my personal knowledge.

3. For the past five-plus years, I have been employed by the city of Selah as its Code Enforcement Officer.

4. I have firsthand knowledge of how the city has acted with regard to unlawful freestanding signs over the years.

5. Any argument or suggestion that the city has allowed unlawful freestanding signs to exist for extended periods of time on city-owned rights-of-way (such as those along First Street/Highway 823 and Jim Clements Way/Highway 823) is simply false. The city acts on unlawful signs within a reasonable time after it discovers them. This has been true throughout the five-plus years that I have been the Code Enforcement Officer. I am often the city worker who takes action on unlawful freestanding signs, but sometimes a different member of the workforce also takes action (such as City Administrator Wayman, who occasionally sees an unlawful sign before I do when I am busy on other code compliance issues).

6. Similarly, any argument or suggestion that the city has played favorites with regard to freestanding signs is also simply false. The city enforces its codified prohibition on freestanding signs in public rights-of-way uniformly. Irrespective of

DECLARATION OF ERIN BARNETT - 2
(No. 1:20-cv-03228-RMP)

ATTORNEY D. R. (ROB) CASE
CITY ATTORNEY
CITY OF SELAH
115 WEST NACHES AVE.
SELAH, WA 98942

message or messenger, the city removes unlawful freestanding signs from public rights-of-way. Again, this has been true throughout my five-plus years.

7. I have created an action spreadsheet, spanning from 2016 through the present date, which documents many of the occasions when I or another city employee has removed (or required a citizen to remove) unlawful freestanding signs. A copy of that spreadsheet is appended hereto, marked as "Exhibit A". Notably, the vast majority of entries on the action spreadsheet are for signs other than the plaintiffs' signs and for years other than 2020 and 2021.

8. In early 2021, another advocacy group – acting under the acronym "F.A.L.S.E." – also began placing unlawful freestanding signs in city-owned rights-of-way. We acted on those signs no differently from how we have acted on the plaintiffs' signs (since the fall 2020 campaign season ended) or any other person's or group's unlawful signs (during 2021 or any prior year).

9. During the fall 2020 campaign season, the city – acting via City Administrator Donald Wayman and the City Attorney – agreed to allow the "S.A.F.E." group's signs to remain on city-owned rights-of-way. That was their decision, not mine. Once they made and communicated that decision, I did not take any action on the S.A.F.E. signs for the remainder of that campaign season (and I am not aware of any other city employee doing so).

///

DECLARATION OF ERIN BARNETT - 3
(No. 1:20-cv-03228-RMP)

ATTORNEY D. R. (ROB) CASE
CITY ATTORNEY
CITY OF SELAH
115 WEST NACHES AVE.
SELAH, WA 98942

10. During 2021 – long after the fall 2020 campaign season had ended – S.A.F.E. signs were noticed on city-owned rights-of-way. I removed some of the signs and I understand that other city workers may have done so also.

11. All S.A.F.E. signs that I have ever removed from any location were taken to the public works office where they were held until they were picked up by Anna Whitlock or another person. I did not throw away or otherwise damage any S.A.F.E. sign, whether in 2020 or 2021.

Under penalty of perjury, the foregoing is true and correct to best of my recollection and knowledge.

DATED this 12th day of May, 2021.

*ERIN BARNETT*

DECLARATION OF ERIN BARNETT - 4
(No. 1:20-cv-03228-RMP)

ATTORNEY D. R. (ROB) CASE
CITY ATTORNEY
CITY OF SELAH
115 WEST NACHES AVE.
SELAH, WA 98942

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2021, I caused the foregoing pleading to be electronically filed with the Clerk of the Court via the CM/ECF System, which will effectuate service of a copy of such pleading upon each of the attorneys of record including:

Carolyn Gilbert, WSBA #51285
Joseph P. Cutler, WSBA #37234
Reina Almon-Griffin, WSBA #54651
Jane E. Carmody, WSBA #55409
Roxanne Degens, WSBA #57351
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 358-800
Facsimile: (206) 359-900
Emails: CarolynGilbert@perkinscoie.com
   JCutler@perkinscoie.com
   RAlmon-Griffin@perkinscoie.com
   RDegens@perkinscoie.com
*Among Attorneys for Plaintiffs*

Antoinette M. Davis, WSBA #29821
Nancy Talner, WSBA #11196
Crystal Pardue, WSBA #54371
**American Civil Liberties Union of Washington Foundation**
P.O. Box 2728
Seattle, WA 98111
Telephone: (206) 624-2184
Emails: talner@aclu-wa.org
   tdavis@aclu-wa.org
   cpardue@aclu-wa.org
*Among Attorneys for Plaintiffs*

DECLARATION OF ERIN BARNETT - 5
(No. 1:20-cv-03228-RMP)

ATTORNEY D. R. (ROB) CASE
CITY ATTORNEY
CITY OF SELAH
115 WEST NACHES AVE.
SELAH, WA 98942

1     DATED this 12th day of May, 2021.

                                   s/ D. R. (Rob) Case
                                   D. R. (Rob) Case, WSBA #34313
                                   City Attorney
                                   City of Selah
                                   Selah, WA 98942
                                   Telephone: (509) 698-7330
                                   Facsimile: (509) 698-7338
                                   Email: Rob.Case@selahwa.gov
                                   *Among Attorneys for Defendants*

DECLARATION OF ERIN BARNETT - 6
(No. 1:20-cv-03228-RMP)

                                   ATTORNEY D. R. (ROB) CASE
                                          CITY ATTORNEY
                                          CITY OF SELAH
                                 115 WEST NACHES AVE.
                                          SELAH, WA 98942