CHRISTOPHER J. KERLEY, WSBA #16489
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
Telephone (509) 455-5200
Fax (509) 455-3632
ckerley@ecl-law.com
*Among Attorneys for Defendants*

D. R. (ROB) CASE, WSBA #34313
Larson Berg & Perkins PLLC
City of Selah
115 West Naches Avenue
Selah, WA 98942
Telephone (509) 698-7330
Rob.Case@selahwa.gov
*Among Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SELAH ALLIANCE FOR EQUALITY, COURTNEY HERNANDEZ, REV. DONALD DAVIS JR., LAURA PEREZ, ANITA CALLIHAN, KALAH JAMES, CHARLOTTE TOWN, AMANDA WATSON, and ANNA WHITLOCK,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SELAH; SHERRY RAYMOND, in her official capacity as Mayor of the City of Selah; and DONALD WAYMAN, in his official capacity as City Administrator for the City of Selah,<br><br>Defendants. | Case No. 1:20-cv-3228<br><br>DECLARATION OF CHRISTOPHER J. KERLEY IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

DECLARATION OF CHRISTOPHER J. KERLEY
- Page 1

I, Christopher J. Kerley, hereby declare as follows:

1. I am over the age of eighteen years and have first-hand knowledge of the facts set forth below.

2. I am one of the attorneys for Defendants in this matter.

3. On May 12, 2021, via a Google search, I accessed the Selah Alliance For Equality (S.A.F.E.) Facebook page. A screenshot of the page available/open to the public is attached hereto as Exhibit A.

DATED this 12 day of May, 2021, at Spokane County, Washington.

_____
Christopher J. Kerley

DECLARATION OF CHRISTOPHER J. KERLEY
- Page 2

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which will effectuate service of a copy of such filing to the following counsel/parties of record:

*Attorneys for Plaintiffs*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Carolyn Gilbert, WSBA No. 51285
Joseph P. Cutler, WSBA No. 37234
Reina Almon-Griffin, WSBA No. 54651
Jane E. Carmody, WSBA No. 55409

*Email Addresses:*

JCutler@perkinscoie.com
CarolynGilbert@perkinscoie.com
RAlmon-Griffin@perkinscoie.com
JCarmody@perkinscoie.com

*Co-Counsel and Attorneys for Plaintiffs*
American Civil Liberties Union
Washington Foundation
P.O. Box 2728
Seattle, WA 98111
Telephone: 206.624.2181

Antoinette M. Davis, WSBA No. 29281
Nancy Talner, WSBA No. 11196
Crystal Pardue, WSBA No. 54371

Talner@aclu-wa.org
tdavis@aclu-wa.org
cpardue@aclu-wa.org

DATED this 12th day of May, 2021.

EVANS CRAVEN & LACKIE, P.S.

By  s/ Christopher J. Kerley
CHRISTOPHER J. KERLEY, WSBA #16489

DECLARATION OF CHRISTOPHER J. KERLEY
- Page 3

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632