# EXHIBIT A

**facebook**  Log In



# S.A.F.E.: Selah Alliance For Equality

Private group · 680 members

About    Discussion                                    Join Group

## About This Group

We are a coalition of Selah and Yakima community members who initially came together to address our concerns about City Administrator Donald Wayman. Mr. Wayman's disparaging and threatening comments about Black Lives Matter protests, his history of sexual misconduct, and his targeted harassment of free speech activists have led to a collective realization that we as a community can no longer sit idly by and remain silent against injustice.

As a result, we have created The Selah Alliance For Equality (SAFE), with the goal of making Selah a safe place for Black and indigenous people of color, the LGBT+ community, women and girls, and all other marginalized groups in America.

To this end, SAFE is dedicated to the following goals and objectives:

A commitment to recognizing, addressing, and eradicating all forms of oppression, including (but not limited to) racism, sexism, homophobia, transphobia, and ableism.

Creating an educational safe space for dialogue, especially for marginalized voices, and teach others how to reduce inequality within

# facebook

discredit the intent, scope, and positivity of this growing civil rights movement. Black Lives Matter.

Identifying and seeking to remove bigoted public servants, employees, and community leaders from their positions, and encourage the boycott of businesses they are associated with.

Organizing and/or supporting protests dedicated to the causes we promote and identify with, encouraging our members to keep these events safe and inclusive.

Acknowledging that regardless of one's position in society, individuals are at various points in understanding and promoting these concepts, and that having these conversations requires courage, respect and compassion, and may not always be or seek to be comfortable.

Fostering and deepening our relationships with fellow community members, and seeking to build a positive and inclusive reputation for the city of Selah. **See Less**


### Private
Only members can see who's in the group and what they post.


### Visible
Anyone can find this group.


### General


### History
Group created on June 25, 2020. Name last changed on July 19, 2020. **See More**

## Members · 680

## Activity


3 new posts today
126 in the last month


680 total members
+ 1 in the last week

## Group Rules from the Admins

1  **No Hate Speech or Bullying**    

Make sure everyone feels safe. Bullying of any kind isn't

facebook                                                                                                   Log In

religion, culture, sexual orientation, gender or identity will not be tolerated.

2  **Black Lives Matter In This Group (and Everywhere)**

   This group supports the global movement for black lives. Anti-black lives matter sentiment and propaganda, as well as "all lives matter" rhetoric are expressly against the mission of this group.

3  **Be Kind and Courteous**

   We're all in this together to create a welcoming environment. Let's treat everyone with respect. Healthy debates are natural, but kindness is required.

4  **Do Your Part To Make Sure Everyone Is Heard**

   Our society often marginalizes minority communities and this group emerged in response to attempts at silencing a movement for black lives. Take care to prioritize listening, and not speaking over people of color, especially the black voices present.

5  **Trigger/Content Warnings**

   Please use trigger or content warnings on posts that contain graphic/potentially upsetting content.

6  **Respect Everyone's Privacy**

   Being part of this group requires mutual trust. Authentic, expressive discussions make groups great, but may also be sensitive and private. What's shared in the group should stay in the group.

7  **Stay On Topic**

   Please keep posts relevant to the mission of the group. Before making posts, take a moment to see if someone has already posted a similar topic, especially in the case of recent news articles. Self-promotion, spam and irrelevant links aren't allowed.

8  **Tag Administrators To Address Issues**

   If you see any of these rules being broken, tag the administrative team in the post and we will address it as soon as possible.