1 | CHRISTOPHER J. KERLEY, WSBA #16489
Evans, Craven & Lackie, P.S.
2 | 818 W. Riverside, Suite 250
Spokane, WA 99201-0910
3 | Telephone: (509) 455-5200
Fax: (509) 455-3632
4 | ckerley@ecl-law.com
*Among Attorneys for Defendants*

5 | D. R. (ROB) CASE, WSBA #34313
City Attorney
6 | City of Selah
115 West Naches Avenue
7 | Selah, WA 98942
Telephone: (509) 698-7330
8 | Facsimile: (509) 698-7338
Email: Rob.Case@selahwa.gov
9 | *Among Attorneys for Defendants*

THE HONORABLE
ROSANNA M. PETERSON

10 | UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

11 | SELAH ALLIANCE FOR
EQUALITY; COURTNEY
12 | HERNANDEZ; REV. DONALD
DAVID JR.; LAURA PEREZ, ANITA
13 | CALLAHAN; KALAH JAMES,
CHARLOTTE TOWN; AMANDA
14 | WATSON; and ANNA WHITLOCK,

15 | Plaintiffs,

16 | v.

17 | CITY OF SELAH; SHERRY
RAYMOND, in her official capacity as
Mayor of the City of Selah; and
18 | DONALD WAYMAN, in his official
capacity as City Administrator for the
19 | City of Selah,

Defendants.

20 |

Case No. 1:20-cv-03228-RMP

**DECLARATION OF DEFENSE
ATTORNEY, D. R. (ROB) CASE
IN OPPOSITION TO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION**

DECLARATION OF DEFENSE ATTORNEY, D. R. (ROB)
CASE - 1
(No. 1:20-cv-03228-RMP)

ATTORNEY D. R. (ROB) CASE
CITY ATTORNEY
CITY OF SELAH
115 WEST NACHES AVE.
SELAH, WA 98942

1    I, D. R. (ROB) CASE, do hereby declare and state as follows:

2    1.    I am over the 18 of age and fully competent.

3    2.    In all regards, this Declaration is based on my personal knowledge.

4    3.    I am currently a direct employee of the city Selah, serving as its City

5    Attorney.  During prior relevant times, I was an independent contractor for the city

6    and at that time my position was referred to as "Municipal Attorney".  I started

7    serving as Municipal Attorney on September 11, 2019, and I became the City

8    Attorney on April 1, 2021.

9    4.    In reliance on a Declaration by one of their attorneys, the plaintiffs

10    contend – repeatedly – that the city supposedly "has abandoned its permit process

11    altogether" for signs.  *See e.g.*, ECF No.29, p.3, lns.2-3, p.8, lns.22-23 & p.17,

12    lns.11-14.  The supporting Declaration – by attorney Joseph Cutler – claims that I

13    made a statement to this effect during a recent videoconference with plaintiffs'

14    counsel.  *See* ECF No.26, "Declaration of Joseph Cutler", p.3, lns.11-13.  I did not

15    make such a statement.   I made no representations about the city supposedly

16    abandoning its permit process.  In fact, the city has not abandoned its permit process.

17    5.    In October 2020 – which was six months prior to plaintiffs filing their

18    motion, and two months before they filed this lawsuit – I informed plaintiffs' counsel

19    in writing that no violations would be imposed under the now-known-to-be

20    unconstitutional SMC 10.38.050, that the city would leave the plaintiffs' signs alone

DECLARATION OF DEFENSE ATTORNEY, D. R. (ROB)
CASE - 2
(No. 1:20-cv-03228-RMP)

ATTORNEY D. R. (ROB) CASE
CITY ATTORNEY
CITY OF SELAH
115 WEST NACHES AVE.
SELAH, WA 98942

1  for the time being, that the city's sign code would be amended in 2021 (which it will

2  be), and thus that "there is no need for a rushed court challenge" as to such dead-

3  letter code section.  *See* ECF No.29-13, "Exhibit L" to ECF No.29 (letter by myself,

4  dated 10/28/20) & "Exhibit A" hereto (letter by myself, dated 10/15/20).

5       6.    Also during October 2020, the plaintiffs' attorneys "demand[ed]" that

6  the city "instruct[] all its staff, including Mr. Wayman, to cease and desist taking

7  SAFE signs at least until [the City Attorney] and [plaintiffs' counsel] have had a

8  chance to fully address the issues".  *See* "Exhibit B" hereto (letter by plaintiffs'

9  counsel, dated 10/16/20) (bracketed changes made).  On behalf of the city, I did

10  precisely that. *See* "Exhibit C" hereto (email by myself to city staff, dated 10/20/20).

11      Under penalty of perjury, the foregoing is true and correct to best of my

12  recollection and knowledge.

13      DATED this 12th day of May, 2021, at Selah, Washington.

14                    D. R. (ROB) CASE (WSBA #34313)

DECLARATION OF DEFENSE ATTORNEY, D. R. (ROB)
CASE - 3
(No. 1:20-cv-03228-RMP)

ATTORNEY D. R. (ROB) CASE
CITY ATTORNEY
CITY OF SELAH
115 WEST NACHES AVE.
SELAH, WA 98942

1

## CERTIFICATE OF SERVICE

2        I hereby certify that on May 12, 2021, I caused the foregoing pleading to be

3   electronically filed with the Clerk of the Court via the CM/ECF System, which will

4   effectuate service of a copy of such pleading upon each of the attorneys of record

5   including:

6   Carolyn Gilbert, WSBA #51285
    Joseph P. Cutler, WSBA #37234
7   Reina Almon-Griffin, WSBA #54651
    Jane E. Carmody, WSBA #55409
8   Roxanne Degens, WSBA #57351
    **Perkins Coie LLP**
9   1201 Third Avenue, Suite 4900
    Seattle, WA  98101-3099
10  Telephone:  (206) 358-800
    Facsimile:  (206) 359-900
11  Emails:  CarolynGilbert@perkinscoie.com
             JCutler@perkinscoie.com
12           RAlmon-Griffin@perkinscoie.com
             RDegens@perkinscoie.com
13  *Among Attorneys for Plaintiffs*

14  Antoinette M. Davis, WSBA #29821
    Nancy Talner, WSBA #11196
15  Crystal Pardue, WSBA #54371
    **American Civil Liberties Union of**
16  **Washington Foundation**
    P.O. Box 2728
17  Seattle, WA  98111
    Telephone: (206) 624-2184
18  Emails:  talner@aclu-wa.org
             tdavis@aclu-wa.org
19           cpardue@aclu-wa.org
    *Among Attorneys for Plaintiffs*

20

DECLARATION OF DEFENSE ATTORNEY, D. R. (ROB)
CASE - 4
(No. 1:20-cv-03228-RMP)

ATTORNEY D. R. (ROB) CASE
CITY ATTORNEY
CITY OF SELAH
115 WEST NACHES AVE.
SELAH, WA 98942

1    DATED this 12ᵗʰ day of May, 2021.

2

3                                        s/ D. R. (Rob) Case
                                         D. R. (Rob) Case, WSBA #34313
4                                        City Attorney
                                         City of Selah
5                                        Selah, WA  98942
                                         Telephone:  (509) 698-7330
6                                        Facsimile:  (509) 698-7338
                                         Email:  Rob.Case@selahwa.gov
7                                        *Among Attorneys for Defendants*

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION OF DEFENSE ATTORNEY, D. R. (ROB)        ATTORNEY D. R. (ROB) CASE
CASE - 5                                                   CITY ATTORNEY
(No. 1:20-cv-03228-RMP)                                    CITY OF SELAH
                                                      115 WEST NACHES AVE.
                                                         SELAH, WA 98942