# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SELAH ALLIANCE FOR EQUALITY, et al.,<br><br>                                Plaintiffs,<br>  -vs-<br>CITY OF SELAH, et al.,<br><br>                                Defendants. | Case No.     1:20-CV-3228-RMP<br>CIVIL MINUTES<br><br>DATE:      JUNE 4, 2021<br>LOCATION:  SPOKANE VIDEO<br><br>MOTION HEARING |

| Hon. Rosanna Malouf Peterson | | |
|---|---|---|
| Penny Lamb | LC1 | Ronelle Corbey |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Carolyn Gilbert<br>Crystal Pardue<br>Jane Carmody<br>Nancy Talner<br>Reina Almon-Griffin<br>Joseph Cutler<br>Roxanne Degens | | Christopher J. Kerley |
| **Plaintiffs' Counsel** | | **Defendants' Counsel** |

**[ X ]  Open Court**        **[  ]  Chambers**        **[ X ]  Telecon**

The matter now before the Court is Plaintiffs' Motion for Preliminary Injunction (ECF No. 29).

Carolyn Gilbert addressed the Court and presented argument on Plaintiffs' Motion for Preliminary Injunction. The Court queried Ms. Gilbert and Ms. Gilbert responded to the Court's inquiries.

Christopher Kerley addressed the Court and presented argument in opposition to Plaintiffs' Motion for Preliminary Injunction. The Court queried Mr. Kerley, and Mr. Kerley responded to the Court's inquiries.

Ms. Gilbert addressed the Court and presented rebuttal argument.

The Court having reviewed all of the pleadings and exhibits and having heard the arguments of counsel, and for the reasons stated on the record, made the following preliminary rulings to be followed up in a week or two with an extensive written opinion:

    The City of Selah is enjoined from enforcing Selah Municipal Code 10.38.50;
    The City of Selah is enjoined from enforcing Selah Municipal Code 10.38.040; and
    The City of Selah is enjoined from enforcing Selah Municipal Code 10.38.100.

The Court will not require Plaintiffs to post a bond.

**[ X ]  ORDER FORTHCOMING**

| CONVENED: 1:38 P.M. | ADJOURNED: 2:37 P.M. | TIME: 0:59 HR. | CALENDARED [ N/A ] |
|---|---|---|---|