Kirk A. Ehlis
Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, Washington 98902
(509) 575-0313
Attorneys for Defendant
Donald Wayman

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SELAH ALLIANCE FOR EQUALITY, COURTNEY HERNANDEZ, REV. DONALD DAVIS JR., LAURA PEREZ, ANITA CALLAHAN, KALAH JAMES, CHARLOTTE TOWN, AMANDA WATSON, and ANNA WHITLOCK<br><br>                     Plaintiffs,<br><br>   v.<br><br>CITY OF SELAH, SHERRY, RAYMOND, in her official capacity as Mayor of the City of Selah; and DONALD WAYMAN, in his official capacity as City Administrator for the City of Selah;<br>                  Defendants. | NO. 1:20-cv-3228-RMP<br><br>**NOTICE OF APPEARANCE FOR DEFENDANT DONALD WAYMAN** |

YOU ARE HEREBY NOTIFIED that KIRK A. EHLIS, and MENKE

JACKSON BEYER, LLP, without waiving objections as to insufficiency of

process or service of process or of jurisdiction, hereby appear as attorneys for

defendant DONALD WAYMAN, in the above-entitled action; and all further

**NOTICE OF APPEARANCE FOR**
**DEFENDANT DONALD WAYMAN - 1**

pleadings, notices, or other documents herein, exclusive of process, should be served upon the undersigned attorneys at their address stated below.

DATED this 7TH day of July, 2021.

> s/ KIRK A. EHLIS (WSBA #22908)
> Attorneys for Defendant
> Donald Wayman
> Menke Jackson Beyer, LLP
> 807 North 39th Avenue
> Yakima, Washington 98902
> Telephone: (509) 575-0313
> Fax: (509) 575-0351
> Email: kehlis@mjbe.com

**NOTICE OF APPEARANCE FOR**
**DEFENDANT DONALD WAYMAN - 2**

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2021, I electronically served the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Antoinette M  Davis
tdavis@aclu-wa.org

Carolyn S Gilbert
carolyngilbert@perkinscoie.com

Crystal A Pardue
cpardue@aclu-wa.org

Jane Carmody
jcarmody@perkinscoie.com

Nancy Talner
talner@aclu-wa.org

Reina A. Almon-Griffin
Ralmon-griffin@perkinscoie.com

Joseph Cutler
Jcutler@perkinscoie.com

Roxanne Degens
rdegens@perkinscoie.com

Daniel Robbins Case
rob@lbplaw.com

Christopher J. Kerley
ckerley@ecl-law.com

D.R. (Rob) Case
Rob@LBPlaw.com

**NOTICE OF APPEARANCE FOR
DEFENDANT DONALD WAYMAN - 3**

**MENKE JACKSON BEYER**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

and I hereby certify that I have mailed by United States Postal Service the

document to the following non-CM/ECF participants:

      None

DATED this 7th day of July, 2021.


                           s/ KIRK A. EHLIS (WSBA #22908)
                           Attorneys for Defendant
                           Donald Wayman
                           Menke Jackson Beyer, LLP
                           807 North 39th Avenue
                           Yakima, Washington 98902
                           Telephone: (509) 575-0313
                           Fax: (509) 575-0351
                           Email: kehlis@mjbe.com

**NOTICE OF APPEARANCE FOR**
**DEFENDANT DONALD WAYMAN - 4**