Carolyn Gilbert, WSBA No. 51285
Joseph P. Cutler, WSBA No. 37234
Reina Almon-Griffin, WSBA No. 54651
Jane E. Carmody, WSBA No. 55409
Roxanne Degens, WSBA No. 57351
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000
Email: JCutler@perkinscoie.com
       CarolynGilbert@perkinscoie.com
       RAlmon-Griffin@perkinscoie.com
       JCarmody@perkinscoie.com
       RDegens@perkinscoie.com


Antoinette M. Davis, WSBA No. 29821
Nancy Talner, WSBA No. 11196
Crystal Pardue, WSBA No. 54371
American Civil Liberties Union of
Washington Foundation
P.O. Box 2728
Seattle, WA 98111
Telephone: 206.624.2184
Email: talner@aclu-wa.org
       tdavis@aclu-wa.org
       cpardue@aclu-wa.org

*Attorneys for Plaintiffs Selah Alliance for
Equality, et al.*

PRO HAC VICE MOTION (No. 1:20-
cv-03228) –1

152984304.1

THE HONORABLE JUDGE ROSANNA M. PETERSON

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

9

10  SELAH ALLIANCE FOR EQUALITY,        No. 1:20-cv-03228
    COURTNEY HERNANDEZ, REV.
11  DONALD DAVIS JR., LAURA PEREZ,       **MOTION TO ADMIT**
    ANITA CALLAHAN, KALAH JAMES,        **JACOB J. TABER TO**
12  CHARLOTTE TOWN, AMANDA              **APPEAR AS COUNSEL** *PRO*
    WATSON, and ANNA WHITLOCK,          *HAC VICE* **FOR**
13                                      **PLAINTIFFS**
                 Plaintiffs,
14
        v.
15
    CITY OF SELAH; SHERRY RAYMOND,
16  in her official capacity as Mayor of the City
    of Selah; and DONALD WAYMAN, in his
17  official capacity as City Administrator for
    the City of Selah,
18
                 Defendants.
19

20          Pursuant to Local Rule 83.2(c), Joseph Cutler, a member in good

21  standing of the Washington State Bar and of the United States District Court for

22  the Eastern District of Washington, respectfully moves for admission of Jacob J.

23  Taber ("Applicant") to appear *pro hac vice* in this matter. Applicant neither resides

24  nor maintains an office for the practice of law in the State of Washington.

25  Applicant's contact and admission information is set forth below:

26

PRO HAC VICE MOTION (No. 1:20-
cv-03228) –2

152984304.1

1   Jacob J. Taber
2   Perkins Coie, LLP
3   1155 Avenue of the Americas, 22nd Floor
    New York, NY  10036-2711
4   Telephone: 212.262.6900
    Facsimile:  212.977.1649
5   Email: JTaber@perkinscoie.com

6
7       Applicant has been retained by Plaintiffs Selah Alliance for Equality,
    Courtney Hernandez, Rev. Donald Davis Jr., Laura Perez, Anita Callahan, Kalah
8   James, Charlotte Town, Amanda Watson, and Anna Whitlock to appear in this
9   action as an attorney on their behalf.
10      Applicant was admitted to the New York State Bar on September 21, 2015;
11  to the United States Court of Appeals for the Fourth Circuit on September 21,
12  2015; to the United States District Court for the Southern District of New York on
13  October 20, 2015; and to the United States District Court for the Eastern District of
14  New York on October 20, 2015.
15      Apart from those courts for which he was admitted *pro hac vice*, Applicant
16  is a member in good standing for all bars to which he has been admitted.
17  Applicant has no pending disciplinary sanction actions nor has Applicant ever been
18  subject to any disciplinary sanctions by any court or Bar Association.
19      The names, addresses, and phone numbers of admitted counselors with
20  whom the Applicant will be associated is as follows:
21
22  Joseph Cutler, WSBA No. 37234
    Perkins Coie LLP
23  1201 Third Avenue, Suite 4900
    Seattle, Washington 98101
24  Telephone: 206-359-8000
    Facsimile:  206-359-9000
25  Email: JCutler@perkinscoie.com
26

PRO HAC VICE MOTION (No. 1:20-
cv-03228) –3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1

2       Carolyn Gilbert, WSBA No. 51285
        Perkins Coie LLP
3       1201 Third Avenue, Suite 4900
        Seattle, Washington 98101
4       Telephone: 206-359-8000
        Facsimile:  206-359-9000
5       Email: CGilbert@perkinscoie.com
6
        Reina Almon-Griffin, WSBA No. 54651
7       Perkins Coie LLP
        1201 Third Avenue, Suite 4900
8       Seattle, Washington 98101
        Telephone: 206-359-8000
9       Facsimile:  206-359-9000
10      Email: RAlmon-Griffin@perkinscoie.com
11
        Jane E. Carmody, WSBA No. 55409
12      Perkins Coie LLP
        1201 Third Avenue, Suite 4900
13      Seattle, Washington 98101
        Telephone: 206-359-8000
14      Facsimile:  206-359-9000
15      Email: JCarmody@perkinscoie.com
16
        Roxanne Degens, WSBA No. 57351
17      Perkins Coie LLP
        1201 Third Avenue, Suite 4900
18      Seattle, Washington 98101
        Telephone: 206-359-8000
19      Facsimile:  206-359-9000
20      Email: JCarmody@perkinscoie.com
21
        Antoinette M. Davis, WSBA No. 29821
22      American Civil Liberties Union of Washington Foundation
23      P.O. Box 2728
        Seattle, WA 98111
24      Telephone: 206.624.2184
        Email: tdavis@aclu-wa.org
25

26

PRO HAC VICE MOTION (No. 1:20-
cv-03228) –4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Nancy Talner, WSBA No. 11196
American Civil Liberties Union of Washington Foundation
P.O. Box 2728
Seattle, WA 98111
Telephone: 206.624.2184
Email: talner@aclu-wa.org

Crystal Pardue, WSBA No. 54371
American Civil Liberties Union of Washington Foundation
P.O. Box 2728
Seattle, WA 98111
Telephone: 206.624.2184
Email: cpardue@aclu-wa.org

The above counselors have offices in the State of Washington and are admitted to practice in this Court and shall sign all pleadings, motions, and other papers prior to filing and shall meaningfully participate in the case.

Applicant has specialized skill and knowledge, including experience in litigating complex cases as well as First Amendment matters, with respect to matters important to Plaintiffs in this litigation. Plaintiffs wish for Applicant to represent them in this litigation.

The required filing fee of $200.00 has been paid pursuant to Local Rule 83.2(c)(1).

PRO HAC VICE MOTION (No. 1:20-
cv-03228) –5

152984304.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DATED: July 7, 2021

s/ Joseph Cutler
_____
Joseph Cutler, WSBA No. 37234
s/ Carolyn Gilbert
_____
Carolyn Gilbert, WSBA No. 51285
s/ Reina Almon-Griffin
_____
Reina Almon-Griffin, WSBA No. 54651
s/ Jane E. Carmody
_____
Jane E. Carmody, WSBA No. 55409
s/ Roxanne Degens
_____
Roxanne Degens, WSBA No. 57351

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
JCutler@perkinscoie.com
CarolynGilbert@perkinscoie.com
RAlmon-Griffin@perkinscoie.com
JCarmody@perkinscoie.com
RDegens@perkinscoie.com

s/ Antoinette M. Davis
_____
Antoinette M. Davis, WSBA No. 29821
s/ Nancy Talner
_____
Nancy Talner, WSBA No. 11196
s/ Crystal Pardue
_____
Crystal Pardue, WSBA No. 54371

**American Civil Liberties Union of Washington Foundation**
P.O. Box 2728
Seattle, WA 98111
Telephone: 206.624.2184
talner@aclu-wa.org
tdavis@aclu-wa.org
cpardue@aclu-wa.org

*Attorneys for Plaintiffs*

PRO HAC VICE MOTION (No. 1:20-cv-03228) –6

152984304.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000