Kirk A. Ehlis
Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, Washington 98902
(509) 575-0313
Attorneys for Defendant
Donald Wayman

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SELAH ALLIANCE FOR EQUALITY, COURTNEY HERNANDEZ, REV. DONALD DAVIS JR., LAURA PEREZ, ANITA CALLIHAN, KALAH JAMES, CHARLOTTE TOWN, AMANDA WATSON, and ANNA WHITLOCK,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CITY OF SELAH; SHERRY RAYMOND, in her official capacity as Mayor of the City of Selah; and DONALD WAYMAN, in his official capacity as City Administrator for the City of Selah,<br><br>                    Defendants. | Case No. 1:20-cv-3228<br><br>DEFENDANT DONALD WAYMAN'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT |

COMES NOW Defendant Donald Wayman by and through his

undersigned counsel, Kirk A. Ehlis of Menke Jackson Beyer, LLP, and

**ANSWER OF DEFENDANT DONALD WAYMAN TO PLAINTIFFS' FIRST AMENDED COMPLAINT- 1**

answers Plaintiffs' First Amended Complaint (ECF No. 25-2) as follows:

## I.    INTRODUCTION

1.    In answering the allegations contained in the first three sentences of paragraph 1 of plaintiffs' First Amended Complaint ("FAC"), defendant Wayman responds that such sentences do not contain allegations of fact relevant to this case and therefore no response is required.  To the extent any allegations of fact are contained in said sentences they are denied. Defendant Wayman denies the remaining allegations contained within said paragraph.

2.    In answering the allegations contained in the second paragraph of plaintiffs' FAC, defendant Wayman responds that such paragraph does not contain allegations of fact relevant to this case and therefore no response is required.  To the extent any allegations of fact are contained in said paragraph they are denied.

3.    Defendant Wayman denies the allegations contained in paragraph 3 of plaintiffs' FAC.

4.    Defendant Wayman denies the allegations contained in paragraph 4 of plaintiffs' FAC.

5.    In answering the allegations contained in paragraph 5 of

**ANSWER OF DEFENDANT DONALD WAYMAN TO PLAINTIFFS' FIRST AMENDED COMPLAINT- 2**

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

plaintiffs' FAC, Defendant Wayman responds that he is without sufficient information or belief to admit or deny said allegations and therefore denies the same.

6.    In answering the allegations contained in paragraph 6 of plaintiffs' FAC, Defendant Wayman responds that he is without sufficient information or belief to admit or deny said allegations and therefore denies the same.

7.    Defendant Wayman admits the allegations contained in paragraph 7 of plaintiffs' FAC.

8.    Defendant Wayman denies the allegations contained in paragraph 8 of plaintiffs' FAC.

9.    In answering the allegations contained in paragraph 9 of plaintiffs' FAC, defendant Wayman responds that such paragraph does not contain allegations of fact relevant to this case and therefore no response is required.    To the extent any allegations of fact are contained in said paragraph they are denied.

10.    Defendant Wayman denies the allegations contained in paragraph 10 of plaintiffs' FAC.

11.    Defendant Wayman denies the allegations contained in

29
30

**ANSWER OF DEFENDANT DONALD WAYMAN TO PLAINTIFFS' FIRST AMENDED COMPLAINT- 3**

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

paragraph 11 of plaintiffs' FAC.

12.    Defendant Wayman denies the allegations contained in paragraph 12 of plaintiffs' FAC.

13.    Defendant Wayman denies the allegations contained in paragraph 13 of plaintiffs' FAC.

## II.    PARTIES

14.    In answering the allegations contained in paragraph 14 of plaintiffs' FAC, Defendant Wayman responds that he is without sufficient information or belief to admit or deny said allegations and therefore denies the same.

15.    In answering the allegations contained in paragraph 15 of plaintiffs' FAC, defendant Wayman responds that such paragraph does not contain allegations of fact relevant to this case and therefore no response is required.    To the extent any allegations of fact are contained in said paragraph they are denied.

16.    In answering the allegations contained in paragraph 16 of plaintiffs' FAC, Defendant Wayman responds that he is without sufficient information or belief to admit or deny said allegations and therefore denies the same.

**ANSWER OF DEFENDANT DONALD WAYMAN TO PLAINTIFFS' FIRST AMENDED COMPLAINT- 4**

17.    In answering the allegations contained in first, fourth, fifth, sixth and seventh sentences of paragraph 17 of plaintiffs' FAC, Defendant Wayman responds that he is without sufficient information or belief to admit or deny said allegations and therefore denies the same.  Defendant Wayman denies the remaining allegations contained in said paragraph.

18.    In answering the allegations contained in paragraph 18 of plaintiffs' FAC, Defendant Wayman responds that he is without sufficient information or belief to admit or deny said allegations and therefore denies the same.

19.    In answering the allegations contained in paragraph 19 of plaintiffs' FAC, Defendant Wayman responds that he is without sufficient information or belief to admit or deny said allegations and therefore denies the same.  Defendant Wayman expressly denies the allegation that the City was determined to quash messages of equality.

20.    In answering the allegations contained in paragraph 20 of plaintiffs' FAC, Defendant Wayman responds that he is without sufficient information or belief to admit or deny said allegations and therefore denies the same.

21.    In answering the allegations contained in paragraph 21 of

**ANSWER OF DEFENDANT DONALD WAYMAN TO PLAINTIFFS' FIRST AMENDED COMPLAINT- 5**

plaintiffs' FAC, Defendant Wayman responds that he is without sufficient information or belief to admit or deny said allegations and therefore denies the same. Defendant Wayman expressly denies allegation that the City attempted to silence S.A.F.E. and/or eliminate messages in support of racial equality.

22.    In answering the allegations contained in paragraph 22 of plaintiffs' FAC, Defendant Wayman responds that he is without sufficient information or belief to admit or deny said allegations and therefore denies the same.

23.    In answering the allegations contained in paragraph 23 of plaintiffs' FAC, Defendant Wayman responds that he is without sufficient information or belief to admit or deny said allegations and therefore denies the same.

24.    Defendant Wayman admits the allegations contained in paragraph 24 of plaintiffs' FAC.

25.    Defendant Wayman admits the allegations contained in paragraph 25 of plaintiffs' FAC.

26.    Although he is no longer the City Administrator, Defendant Wayman admits the allegations contained in paragraph 26 of plaintiffs'

**ANSWER OF DEFENDANT DONALD WAYMAN TO PLAINTIFFS' FIRST AMENDED COMPLAINT- 6**

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

FAC.

### III.   JURISDICTION AND VENUE

27.    In answering paragraph 27 of plaintiffs' FAC, Defendant Wayman responds that this Court has subject matter jurisdiction to hear this case.  However, defendant Wayman expressly denies that any deprivation of rights occurred.

28.    Defendant Wayman admits the allegations contained in paragraph 28 of plaintiffs' FAC.

29.    In answering paragraph 29 of plaintiffs' FAC, Defendant Wayman responds that the United States District Court for the Eastern District of Washington is the proper venue for this action.   However, defendant Wayman expressly denies that the events occurred as described in plaintiffs' FAC or that such events give rise to legal liability.

### IV.   FACTS

30.    In answering the allegations contained in paragraph 30 of plaintiffs' FAC, defendant Wayman responds that such paragraph does not contain allegations of fact relevant to this case and therefore no response is required.    To the extent any allegations of fact are contained in said paragraph they are denied.

**ANSWER OF DEFENDANT DONALD
WAYMAN TO PLAINTIFFS' FIRST
AMENDED COMPLAINT- 7**

31.    In answering the allegations contained in paragraph 30 of plaintiffs' FAC, Defendant Wayman responds that he is without sufficient information or belief to admit or deny said allegations and therefore denies the same.

32.    Defendant Wayman denies the allegations contained in paragraph 32 of plaintiffs' FAC.

33.    Defendant Wayman denies the allegations contained in paragraph 33 of plaintiffs' FAC.

34.    Defendant Wayman denies the allegations contained in paragraph 34 of plaintiffs' FAC.

35.    Defendant Wayman denies the allegations contained in paragraph 35 of plaintiffs' FAC.

36.    Defendant Wayman denies the allegations contained in paragraph 36 of plaintiffs' FAC.

37.    Defendant Wayman denies the allegations contained in paragraph 37 of plaintiffs' FAC.

38.    In answering the allegations contained in paragraph 38 of plaintiffs' FAC, Defendant Wayman responds that he is without sufficient information or belief to admit or deny said allegations and therefore denies

**ANSWER OF DEFENDANT DONALD WAYMAN TO PLAINTIFFS' FIRST AMENDED COMPLAINT- 8**

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

the same.

39.    Defendant Wayman denies the allegations contained in paragraph 39 of plaintiffs' FAC.

40.    In answering the allegations contained in paragraph 40 of plaintiffs' FAC, Defendant Wayman responds that he is without sufficient information or belief to admit or deny said allegations and therefore denies the same.

41.    In answering the allegations contained in paragraph 41 of plaintiffs' FAC, Defendant Wayman responds that he is without sufficient information or belief to admit or deny said allegations and therefore denies the same.

42.    In answering the allegations contained in paragraph 42 of plaintiffs' FAC, Defendant Wayman responds that he is without sufficient information or belief to admit or deny said allegations and therefore denies the same.

43.    In answering the allegations contained in paragraph 43 of plaintiffs' FAC, Defendant Wayman responds that he is without sufficient information or belief to admit or deny said allegations and therefore denies the same.

**ANSWER OF DEFENDANT DONALD WAYMAN TO PLAINTIFFS' FIRST AMENDED COMPLAINT- 9**

44.    In answering the allegations contained in paragraph 44 of plaintiffs' FAC, Defendant Wayman responds that he is without sufficient information or belief to admit or deny said allegations and therefore denies the same.

45.    Defendant Wayman denies the allegations contained in paragraph 45 of plaintiffs' FAC.

46.    Defendant Wayman denies the allegations contained in paragraph 46 of plaintiffs' FAC.

47.    Defendant Wayman admits the allegations contained in paragraph 47 of plaintiffs' FAC.

48.    Defendant Wayman admits the allegations contained in paragraph 48 of plaintiffs' FAC.

49.    Defendant Wayman denies the allegations contained in paragraph 49 of plaintiffs' FAC.

50.    Defendant Wayman denies the allegations contained in paragraph 50 of plaintiffs' FAC.

51.    Defendant Wayman denies the allegations contained in paragraph 51 of plaintiffs' FAC.

52.    Defendant Wayman admits the allegations contained in

**ANSWER OF DEFENDANT DONALD WAYMAN TO PLAINTIFFS' FIRST AMENDED COMPLAINT- 10**

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

paragraph 52 of plaintiffs' FAC.

53.    Defendant    Wayman    denies    the    allegations    contained    in

paragraph 53 of plaintiffs' FAC..

54.    Defendant    Wayman    admits    the    allegations    contained    in

paragraph 54 of plaintiffs' FAC.

55.    Defendant    Wayman    denies    the    allegations    contained    in

paragraph 55 of plaintiffs' FAC.

56.    Defendant    Wayman    denies    the    allegations    contained    in

paragraph 56 of plaintiffs' FAC.

57.    Defendant    Wayman    denies    the    allegations    contained    in

paragraph 57 of plaintiffs' FAC.

58.    Defendant    Wayman    admits    the    allegations    contained    in

paragraph 58 of plaintiffs' FAC.

59.    Defendant    Wayman    denies    the    allegations    contained    in

paragraph 59 of plaintiffs' FAC.

60.    Defendant    Wayman    admits    the    allegations    contained    in

paragraph 60 of plaintiffs' FAC.

61.    Defendant    Wayman    admits    the    allegations    contained    in

paragraph 61 of plaintiffs' FAC.

**ANSWER OF DEFENDANT DONALD
WAYMAN TO PLAINTIFFS' FIRST
AMENDED COMPLAINT- 11**

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

62.    Defendant Wayman admits the allegations contained in paragraph 62 of plaintiffs' FAC.

63.    Defendant Wayman admits the allegations contained in paragraph 63 of plaintiffs' FAC.

64.    In answering the allegations contained in paragraph 64 of plaintiffs' FAC, Defendant Wayman responds that he is without sufficient information or belief to admit or deny said allegations and therefore denies the same.

65.    Defendant Wayman denies the allegations contained in paragraph 65 of plaintiffs' FAC.

66.    Defendant Wayman denies the allegations contained in paragraph 66 of plaintiffs' FAC.

67.    Defendant Wayman denies the allegations contained in paragraph 67 of plaintiffs' FAC.

68.    Defendant Wayman denies the allegations contained in paragraph 68 of plaintiffs' FAC.

69.    Defendant Wayman denies the allegations contained in paragraph 69 of plaintiffs' FAC.

70.    Defendant Wayman admits the allegations contained in the first

**ANSWER OF DEFENDANT DONALD WAYMAN TO PLAINTIFFS' FIRST AMENDED COMPLAINT- 12**

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

sentence of paragraph 70 of plaintiffs' FAC and denies the allegations contained in the second sentence thereof.

71.    Defendant Wayman denies the allegations contained in paragraph 71 of plaintiffs' FAC.

72.    In answering the allegations contained in paragraph 72 of plaintiffs' FAC, defendant Wayman responds that Mayor Raymond and certain City Council members met with individuals purported to be affiliated with S.A.F.E. on several occasions.    Defendant Wayman denies the remaining allegations contained in said paragraph.

73.    In answering the allegations contained in paragraph 73 of plaintiffs' FAC, defendant Wayman admits that plaintiffs' counsel sent a letter dated July 7, 2020 to the Selah City Attorney, which letter speaks for itself.    Defendant Wayman denies the remaining allegations contained in said paragraph.

74.    Defendant Wayman denies the allegations contained in paragraph 74 of plaintiffs' FAC.

75.    In answering the allegations contained in paragraph 75 of plaintiffs' FAC, defendant Wayman admits that plaintiffs' counsel sent a letter dated October 14, 2020 to the Selah City Attorney, which letter speaks

**ANSWER OF DEFENDANT DONALD WAYMAN TO PLAINTIFFS' FIRST AMENDED COMPLAINT- 13**

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

for itself.  Defendant Wayman denies the remaining allegations contained in said paragraph.

76.    In answering the allegations contained in paragraph 76 of plaintiffs' FAC, defendant Wayman admits that plaintiffs' counsel sent a letter dated October 14, 2020 to the Selah City Attorney, which letter speaks for itself.  Defendant Wayman denies the remaining allegations contained in said paragraph.

77.    In answering the allegations contained in paragraph 77 of plaintiffs' FAC, defendant Wayman admits that plaintiffs' counsel sent a letter dated October 14, 2020 to the Selah City Attorney, which letter speaks for itself.  Defendant Wayman denies the remaining allegations contained in said paragraph.

78.    In answering the allegations contained in paragraph 78 of plaintiffs' FAC, defendant Wayman admits that plaintiffs' counsel sent a letter dated October 14, 2020 to the Selah City Attorney, which letter speaks for itself.  Defendant Wayman denies the remaining allegations contained in said paragraph.

79.    In answering the allegations contained in paragraph 79 of plaintiffs' FAC, defendant Wayman admits that plaintiffs' counsel sent a

**ANSWER OF DEFENDANT DONALD WAYMAN TO PLAINTIFFS' FIRST AMENDED COMPLAINT- 14**

letter dated October 14, 2020 to the Selah City Attorney, which letter speaks for itself. Defendant Wayman denies the remaining allegations contained in said paragraph.

80. In answering the allegations contained in paragraph 80 of plaintiffs' FAC, defendant Wayman admits that plaintiffs' counsel sent a letter dated October 14, 2020 to the Selah City Attorney, which letter speaks for itself. Defendant Wayman denies the remaining allegations contained in said paragraph.

81. In answering the allegations contained in paragraph 81 of plaintiffs' FAC, defendant Wayman admits that the City's attorney directed City personnel to cease removing S.A.F.E.'s signs for the remainder of the 2020 campaign season. Defendant Wayman denies the remaining allegations contained in said paragraph.

82. Defendant Wayman denies the allegations contained in paragraph 82 of plaintiffs' FAC.

83. Defendant Wayman denies the allegations contained in paragraph 83 of plaintiffs' FAC.

84. In answering the allegations contained in paragraph 84 of plaintiffs' FAC, defendant Wayman admits that the City has stopped issuing

**ANSWER OF DEFENDANT DONALD WAYMAN TO PLAINTIFFS' FIRST AMENDED COMPLAINT- 15**

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

permits in light of the court's preliminary ruling on the Plaintiffs' Motion for Preliminary Injunction and that, until the court's ruling the City had removed signs from Selah's public rights-of-way pursuant to SMC 10.38.100, and that the signs removed from the public right-of-way included S.A.F.E. signs.    Defendant Wayman denies the remaining allegations contained in said paragraph.

85.    Defendant Wayman admits the allegations contained in paragraph 85 of plaintiffs' FAC.

86.    In answering paragraph 86 of plaintiffs FAC, defendant Wayman admits that he paid no compensation to S.A.F.E.    Defendant Wayman denies the remaining allegations contained in said paragraph.

87.    Defendant Wayman denies the allegations contained in paragraph 87 of plaintiffs' FAC.

## V. FIRST CAUSE OF ACTION

### Violation of the First Amendment, United States Constitution

### (42 U.S.C. 1983 Defendant City of Selah)

### Facial Violation

88.    Defendant Wayman incorporates by reference the admissions and denials of all preceding paragraphs as if fully set forth herein.

**ANSWER OF DEFENDANT DONALD WAYMAN TO PLAINTIFFS' FIRST AMENDED COMPLAINT- 16**

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

89.    Defendant Wayman denies the allegations contained in paragraph 89 of plaintiffs' FAC.

90.    Defendant Wayman denies the allegations contained in paragraph 90 of plaintiffs' FAC.

91.    Defendant Wayman denies the allegations contained in paragraph 91 of plaintiffs' FAC.

92.    Defendant Wayman denies the allegations contained in paragraph 92 of plaintiffs' FAC.

93.    Defendant Wayman admits the allegations contained in paragraph 93 of plaintiffs' FAC.

94.    Defendant Wayman admits the allegations contained in paragraph 94 of plaintiffs' FAC.

95.    Defendant Wayman admits the allegations contained in paragraph 95 of plaintiffs' FAC.

96.    Defendant Wayman denies the allegations contained in paragraph 96 of plaintiffs' FAC.

97.    Defendant Wayman denies the allegations contained in paragraph 97 of plaintiffs' FAC.

98.    Defendant Wayman denies the allegations contained in

**ANSWER OF DEFENDANT DONALD WAYMAN TO PLAINTIFFS' FIRST AMENDED COMPLAINT- 17**

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

paragraph 98 of plaintiffs' FAC.

99.     Defendant   Wayman   denies   the   allegations   contained   in paragraph 99 of plaintiffs' FAC.

100.   Defendant   Wayman   denies   the   allegations   contained   in paragraph 100 of plaintiffs' FAC.

101.   Defendant   Wayman   denies   the   allegations   contained   in paragraph 101 of plaintiffs' FAC.

102.   Defendant   Wayman   denies   the   allegations   contained   in paragraph 102 of plaintiffs' FAC.

103.   Defendant   Wayman   denies   the   allegations   contained   in paragraph 103 of plaintiffs' FAC.

104.   Defendant   Wayman   denies   the   allegations   contained   in paragraph 104 of plaintiffs' FAC.

## VI.    SECOND CAUSE OF ACTION

### *Violation of the First and Fourteenth Amendments*

### *United States Constitution*

### *(42 U.S.C. 1983 Defendants Selah, Raymond, and Wayman)*

### Selective Enforcement

105.   Defendant Wayman incorporates by reference the admissions

**ANSWER OF DEFENDANT DONALD WAYMAN TO PLAINTIFFS' FIRST AMENDED COMPLAINT- 18**

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

and denials of all preceding paragraphs as if fully set forth herein.

106.    Defendant Wayman denies the allegations contained in paragraph 106 of plaintiffs' FAC.

107.    Defendant Wayman denies the allegations contained in paragraph 107 of plaintiffs' FAC.

108.    Defendant Wayman denies the allegations contained in paragraph 108 of plaintiffs' FAC.

109.    Defendant Wayman denies the allegations contained in paragraph 109 of plaintiffs' FAC.

110.    Defendant Wayman denies the allegations contained in paragraph 110 of plaintiffs' FAC.

111.    Defendant Wayman denies the allegations contained in paragraph 111 of plaintiffs' FAC.

112.    Defendant Wayman denies the allegations contained in paragraph 112 of plaintiffs' FAC.

## VII.   THIRD CAUSE OF ACTION

### *Violation of the First Amendment, United States Constitution*

### *(42 U.S.C. 1983 Defendants Selah, Raymond, and Wayman)*

### Retaliation

**ANSWER OF DEFENDANT DONALD WAYMAN TO PLAINTIFFS' FIRST AMENDED COMPLAINT- 19**

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

113.    Defendant Wayman incorporates by reference the admissions and denials of all preceding paragraphs as if fully set forth herein.

114.    Defendant Wayman denies the allegations contained in paragraph 114 of plaintiffs' FAC.

115.    Defendant Wayman denies the allegations contained in paragraph 115 of plaintiffs' FAC.

116.    Defendant Wayman denies the allegations contained in paragraph 116 of plaintiffs' FAC.

117.    Defendant Wayman denies the allegations contained in paragraph 117 of plaintiffs' FAC.

118.    Defendant Wayman denies the allegations contained in paragraph 118 of plaintiffs' FAC.

119.    Defendant Wayman denies the allegations contained in paragraph 119 of plaintiffs' FAC.

120.    Defendant Wayman denies the allegations contained in paragraph 120 of plaintiffs' FAC.

## VIII.  FOURTH CAUSE OF ACTION

### *Violation of Article I, Section 5, Washington State Constitution*

### *(Defendants City of Selah, Raymond, and Wayman)*

**ANSWER OF DEFENDANT DONALD WAYMAN TO PLAINTIFFS' FIRST AMENDED COMPLAINT- 20**

**Facial Violation**

121.   Defendant Wayman incorporates by reference the admissions and denials of all preceding paragraphs as if fully set forth herein.

122.   Defendant Wayman denies the allegations contained in paragraph 122 of plaintiffs' FAC.

123.   Defendant Wayman denies the allegations contained in paragraph 123 of plaintiffs' FAC.

124.   Defendant Wayman denies the allegations contained in paragraph 124 of plaintiffs' FAC.

125.   Defendant Wayman denies the allegations contained in paragraph 125 of plaintiffs' FAC.

126.   Defendant Wayman denies the allegations contained in paragraph 126 of plaintiffs' FAC.

127.   Defendant Wayman denies the allegations contained in paragraph 127 of plaintiffs' FAC.

128.   Defendant Wayman admits the allegations contained in paragraph 128 of plaintiffs' FAC.

129.   Defendant Wayman denies the allegations contained in paragraph 129 of plaintiffs' FAC.

**ANSWER OF DEFENDANT DONALD WAYMAN TO PLAINTIFFS' FIRST AMENDED COMPLAINT- 21**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

130.   In answering the allegations contained in paragraph 130 of plaintiffs' FAC, defendant Wayman responds that such paragraph contains legal conclusions and not allegations of fact relevant to this case, therefore no response is required.  To the extent any allegations of fact are contained in said paragraph they are denied.

131.   In answering the allegations contained in paragraph 131 of plaintiffs' FAC, defendant Wayman responds that such paragraph contains legal conclusions and not allegations of fact relevant to this case, therefore no response is required.  To the extent any allegations of fact are contained in said paragraph they are denied.

132.   In answering the allegations contained in paragraph 132 of plaintiffs' FAC, defendant Wayman responds that such paragraph contains legal conclusions and not allegations of fact relevant to this case, therefore no response is required.  To the extent any allegations of fact are contained in said paragraph they are denied.

133.   In answering the allegations contained in paragraph 133 of plaintiffs' FAC, defendant Wayman responds that such paragraph contains legal conclusions and not allegations of fact relevant to this case, therefore no response is required.  To the extent any allegations of fact are contained

**ANSWER OF DEFENDANT DONALD WAYMAN TO PLAINTIFFS' FIRST AMENDED COMPLAINT- 22**

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

in said paragraph they are denied.

134. In answering the allegations contained in paragraph 134 of plaintiffs' FAC, defendant Wayman responds that such paragraph contains legal conclusions and not allegations of fact relevant to this case, therefore no response is required. To the extent any allegations of fact are contained in said paragraph they are denied.

135. Defendant Wayman denies the allegations contained in paragraph 135 of plaintiffs' FAC.

## IX.    FIFTH CAUSE OF ACTION

### *Violation of Article I, Section 5, Washington State Constitution*

### *(Defendants City of Selah, Raymond, and Wayman)*

136. Defendant Wayman incorporates by reference the admissions and denials of all preceding paragraphs as if fully set forth herein.

137. Defendant Wayman admits the allegations contained in paragraph 137 of plaintiffs' FAC.

138. Defendant Wayman denies the allegations contained in paragraph 138 of plaintiffs' FAC.

139. Defendant Wayman denies the allegations contained in paragraph 139 of plaintiffs' FAC.

**ANSWER OF DEFENDANT DONALD WAYMAN TO PLAINTIFFS' FIRST AMENDED COMPLAINT- 23**

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

1
2
3    140.    Defendant    Wayman    denies    the    allegations    contained    in
4
5    paragraph 140 of plaintiffs' FAC.
6    141.    Defendant    Wayman    denies    the    allegations    contained    in
7
8    paragraph 141 of plaintiffs' FAC.
9    142.    Defendant    Wayman    denies    the    allegations    contained    in
10
11    paragraph 142 of plaintiffs' FAC.
12
13    **ALL ALLEGATIONS NOT EXPRESSLY ADMITTED ARE DENIED**
14
15
16    **AFFIRMATIVE DEFENSES**
17    Defendant    Wayman    asserts    by    way    of    affirmative    defenses    the
18    following:
19
20    1.    Plaintiffs have failed to state a claim upon which relief can be
21    granted.
22
23    2.    Plaintiffs lack standing.
24    3.    All    conduct    alleged    by    the    plaintiffs    was    lawful    and    the
25    defendants    are    immune    from    liability    under    the    doctrines    of    absolute,
26    qualified, discretionary, and/or legislative immunity.
27
28
29    **ANSWER OF DEFENDANT DONALD**
30    **WAYMAN TO PLAINTIFFS' FIRST**
    **AMENDED COMPLAINT- 24**

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

4.    The plaintiffs' damages, if any, were caused by a third party over whom the defendants exercised no control or right to control.

5.    The defendants owed no duty to plaintiffs, and its claims are barred by the public duty doctrine.

6.    That some or all of plaintiff's claims are barred by res judicata, collateral estoppel and/or waiver.

7.    That plaintiffs' claim for declaratory relief is moot and improper because plaintiffs have an adequate remedy at law.

8.    That the injunctive relief requested by plaintiffs is improper because plaintiffs have an adequate remedy at law and because no plaintiff has demonstrated the likelihood of substantial and immediate irreparable injury in the future.

**PRAYER FOR RELIEF**

Defendant Wayman requests the following relief:

1.    Plaintiffs' complaint be dismissed with prejudice;

2.    Plaintiffs be awarded nothing;

3.    Defendant Wayman be awarded his reasonable attorney's fees and costs pursuant to applicable statute, case law or recognized ground in equity for litigating this matter; and

**ANSWER OF DEFENDANT DONALD WAYMAN TO PLAINTIFFS' FIRST AMENDED COMPLAINT- 25**

1

2

3          4.      For such other and further relief as the court deems just and

4

equitable under the circumstances.

5

6          DATED this 26th day of July, 2021.

7

8                                     By:  /s/ Kirk A. Ehlis
                                      KIRK A. EHLIS, WSBA #22908
9                                     Menke Jackson Beyer, LLP
                                      807 N. 39th Avenue
10                                    Yakima, WA 98902
                                      Telephone (509) 575-0313
11                                    Fax (509) 575-0351
                                      kehlis@mjbe.com
12                                    *Attorneys for Defendant Donald Wayman*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29   **ANSWER OF DEFENDANT DONALD**                MENKE JACKSON BEYER, LLP
     **WAYMAN TO PLAINTIFFS' FIRST**                    807 North 39th Avenue
30   **AMENDED COMPLAINT- 26**                            Yakima, WA  98902
                                                     Telephone (509)575-0313
                                                        Fax (509)575-0351

1
2
3

## CERTIFICATE OF SERVICE

4
5

I hereby certify that on July 26, 2021, I caused the foregoing to be
electronically filed with the Clerk of the Court using the CM/ECF System
which will effectuate service of a copy of such filing to the following
counsel/parties of record:

6
7
8
9

| *Attorneys for Plaintiffs* | *Email Addresses:* |
|---|---|

10

PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

11
12
13
14

Carolyn Gilbert, WSBA No. 51285        JCutler@perkinscoie.com
Joseph P. Cutler, WSBA No. 37234        CarolynGilbert@perkinscoie.com
Reina Almon-Griffin, WSBA No. 54651    RAlmon-Griffin@perkinscoie.com
Jane E. Carmody, WSBA No. 55409        JCarmody@perkinscoie.com
Jacob Stillwell, WSBA No. 48407          JStillwell@perkinscoie.com

15
16
17
18

*Co-Counsel and Attorneys for Plaintiffs*
American Civil Liberties Union
Washington Foundation
P.O. Box 2728
Seattle, WA  98111
Telephone:  206.624.2181

19
20
21
22
23

Antoinette M. Davis, WSBA No. 29281    Talner@aclu-wa.org
Nancy Talner, WSBA No. 11196            tdavis@aclu-wa.org
Crystal Pardue, WSBA No. 54371          cpardue@aclu-wa.org

24
25
26
27
28
29
30

**ANSWER OF DEFENDANT DONALD
WAYMAN TO PLAINTIFFS' FIRST
AMENDED COMPLAINT- 27**

1

2

3    ***Attorneys for Defendants City of Selah***

4    ***and Sherry Raymond***

5    Mr. Christopher J. Kerley                    ckerley@ecl-law.com

6    Evans, Craven & Lackie, P.S.
     818 W. Riverside Ave., Suite 250
7    Spokane WA 99201

8
     Mr. D.R. (Rob) Case                          Rob@LBPlaw.com
9    Larson Berg & Perkins
10   105 North Third Street
     Yakima WA 98901
11

12
     and I hereby certify that I have mailed by United States Postal Service the
13   document to the following non-CM/ECF participants:

14
     None
15

16
     DATED this 26th day of July, 2021.
17

18
                          s/ KIRK A. EHLIS (WSBA #22908)
19                        Attorneys for Defendant
20                        Donald Wayman
                          Menke Jackson Beyer, LLP
21                        807 North 39th Avenue
22                        Yakima, Washington 98902
                          Telephone: (509) 575-0313
23                        Fax: (509) 575-0351
24                        Email: kehlis@mjbe.com

25

26

27

28

29   **ANSWER OF DEFENDANT DONALD**                    **MENKE JACKSON BEYER, LLP**
                                                          807 North 39th Avenue
30   **WAYMAN TO PLAINTIFFS' FIRST**                         Yakima, WA 98902
     **AMENDED COMPLAINT- 28**                          Telephone (509)575-0313
                                                             Fax (509)575-0351