1  Carolyn Gilbert, WSBA No. 51285
2  Joseph P. Cutler, WSBA No. 37234
   Reina Almon-Griffin, WSBA No. 54651
3  Jane E. Carmody, WSBA No. 55409
   Roxanne Degens, WSBA No. 57351
4  **Perkins Coie LLP**
   1201 Third Avenue, Suite 4900
5  Seattle, WA 98101-3099
   Telephone: 206.359.8000
6  Facsimile: 206.359.9000
   Email: JCutler@perkinscoie.com
7         CarolynGilbert@perkinscoie.com
          RAlmon-Griffin@perkinscoie.com
8         JCarmody@perkinscoie.com
          RDegens@perkinscoie.com
9
10 Antoinette M. Davis, WSBA No. 29821
   Nancy Talner, WSBA No. 11196
11 Crystal Pardue, WSBA No. 54371
   **American Civil Liberties Union of Washington Foundation**
12 P.O. Box 2728
   Seattle, WA 98111
13 Telephone: 206.624.2184
   Email: talner@aclu-wa.org
14        tdavis@aclu-wa.org
          cpardue@aclu-wa.org
15
   *Attorneys for Plaintiffs Selah Alliance for Equality, et al.*

NOTICE OF WITHDRAWAL – 1
(No. 1:20-cv-03228)

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
P.O. BOX 2728
SEATTLE WA, 98111
(206) 624-2184

THE HONORABLE JUDGE ROSANNA M. PETERSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SELAH ALLIANCE FOR EQUALITY, COURTNEY HERNANDEZ, REV. DONALD DAVIS JR., LAURA PEREZ, ANITA CALLAHAN, KALAH JAMES, CHARLOTTE TOWN, AMANDA WATSON, and ANNA WHITLOCK,

    Plaintiffs,

v.

CITY OF SELAH; SHERRY RAYMOND, in her official capacity as Mayor of the City of Selah and in her individual capacity; DONALD WAYMAN, in his individual capacity; and JOE HENNE, in his official capacity as Interim City Administrator for the City of Selah;

    Defendants.

No. 1:20-cv-03228

NOTICE OF WITHDRAWAL

I, Crystal Pardue, hereby withdraw as counsel for Plaintiffs Selah Alliance for Equality, Courtney Hernandez, Rev. Donald Davis Jr., Laura Perez, Anita Callahan, Kalah James, Charlotte Town, Amanda Watson, and Anna Whitlock in this matter.

NOTICE OF WITHDRAWAL – 2
(No. 1:20-cv-03228)

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
P.O. BOX 2728
SEATTLE WA, 98111
(206) 624-2184

Dated this 10th day of September, 2021.

By: /s/ Crystal Pardue
Crystal Pardue, WSBA No. 54371
cpardue@aclu-wa.org
**American Civil Liberties Union of Washington Foundation**
P.O. Box 2728
Seattle, WA 98111
Telephone: 206.624.2184

*Attorneys for Plaintiffs*

NOTICE OF WITHDRAWAL – 3
(No. 1:20-cv-03228)

AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
P.O. BOX 2728
SEATTLE WA, 98111
(206) 624-2184

# CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will effectuate service of a copy of such filing to the following counsel/parties of record:

*Attorneys for Defendants*
Christopher J. Kerley, WSBA No. 16489
**Evans, Craven & Lackie, P.S.**
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
Telephone: 509.455.5200
Facsimile: 509.455.3632
ckerley@ecl-law.com

D.R. (Rob) Case, WSBA No. 34313
**Larson Berg & Perkins PLLC**
105 North Third Street
Yakima, WA 98901
Telephone: 509.457.1515
Facsimile: 509.457.1027
Rob@LBPlaw.com

DATED this 10th day of September, 2021.

/s/Tracie Wells
Tracie Wells, Paralegal
twells@aclu-wa.org
**American Civil Liberties Union of Washington Foundation**
P.O. Box 2728
Seattle, WA 98111
Telephone: 206.624.2184

NOTICE OF WITHDRAWAL – 4
(No. 1:20-cv-03228)

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
P.O. BOX 2728
SEATTLE WA, 98111
(206) 624-2184