1  Carolyn Gilbert, WSBA No. 51285
2  Joseph P. Cutler, WSBA No. 37234
   Reina Almon-Griffin, WSBA No. 54651
3  Jane E. Carmody, WSBA No. 55409
   Roxanne Degens, WSBA No. 57351
4  **Perkins Coie LLP**
   1201 Third Avenue, Suite 4900
5  Seattle, WA  98101-3099
   Telephone:  206.359.8000
6  Facsimile:  206.359.9000
   Email: JCutler@perkinscoie.com
7          CarolynGilbert@perkinscoie.com
           RAlmon-Griffin@perkinscoie.com
8          JCarmody@perkinscoie.com
           RDegens@perkinscoie.com
9

10 Antoinette M. Davis, WSBA No. 29821
   Nancy Talner, WSBA No. 11196
11 Yvonne Chin, WSBA No. 50389
   **American Civil Liberties Union of Washington Foundation**
12 P.O. Box 2728
   Seattle, WA 98111
13 Telephone:  206.624.2184
   Email: talner@aclu-wa.org
14        tdavis@aclu-wa.org
          ychin@aclu-wa.org
15
   *Attorneys for Plaintiffs Selah Alliance for Equality, et al.*
16

Notice of Withdrawal and Substitution – 1
(No. 1:20-cv-03228)

**AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION**
P.O. BOX 2728
SEATTLE WA, 98111
(206) 624-2184

THE HONORABLE JUDGE ROSANNA M. PETERSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SELAH ALLIANCE FOR EQUALITY, COURTNEY HERNANDEZ, REV. DONALD DAVIS JR., LAURA PEREZ, ANITA CALLAHAN, KALAH JAMES, CHARLOTTE TOWN, AMANDA WATSON, and ANNA WHITLOCK,

    Plaintiffs,

v.

CITY OF SELAH; SHERRY RAYMOND, in her official capacity as Mayor of the City of Selah and in her individual capacity; DONALD WAYMAN, in his individual capacity; and JOE HENNE, in his official capacity as Interim City Administrator for the City of Selah;

    Defendants.

No. 1:20-cv-03228

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Please take notice that, pursuant to LCivR 83.2, effective immediately, Antoinette M. Davis hereby withdraws as attorney of record for Plaintiffs and Yvonne Chin substitutes and appears as attorney for Plaintiffs. All further papers, pleadings and notices, except original process, may be served upon Yvonne Chin

Notice of Withdrawal and Substitution – 2
(No. 1:20-cv-03228)

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
P.O. BOX 2728
SEATTLE WA, 98111
(206) 624-2184

electronically via the Clerk of the Court using the CM/ECF System or e-mail directly to ychin@aclu-wa.org in accordance with LCivR 5.

Dated this 4th day of November, 2021.

Withdrawing Attorney:

By: /s/ Antoinette M. Davis
Antoinette M. Davis, WSBA No. 29821
tdavis@aclu-wa.org
**American Civil Liberties Union of Washington Foundation**
P.O. Box 2728
Seattle, WA 98111
Telephone: 206.624.2184

Substituting Attorney:

By: /s/ Yvonne Chin
Yvonne Chin, WSBA No. 50389
ychin@aclu-wa.org
**American Civil Liberties Union of Washington Foundation**
P.O. Box 2728
Seattle, WA 98111
Telephone: 206.624.2184

Notice of Withdrawal and Substitution – 3
(No. 1:20-cv-03228)

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
P.O. BOX 2728
SEATTLE WA, 98111
(206) 624-2184

# CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will effectuate service of a copy of such filing to the following counsel/parties of record:

*Attorneys for Defendants*
Christopher J. Kerley, WSBA No. 16489
**Evans, Craven & Lackie, P.S.**
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
Telephone:  509.455.5200
Facsimile:  509.455.3632
ckerley@ecl-law.com

D.R. (Rob) Case, WSBA No. 34313
**Larson Berg & Perkins PLLC**
105 North Third Street
Yakima, WA 98901
Telephone: 509.457.1515
Facsimile: 509.457.1027
Rob@LBPlaw.com

DATED this 4th day of November, 2021.

/s/Tracie Wells
Tracie Wells, Paralegal
twells@aclu-wa.org
**American Civil Liberties Union of Washington Foundation**
P.O. Box 2728
Seattle, WA 98111
Telephone:  206.624.2184

Notice of Withdrawal and Substitution – 4
(No. 1:20-cv-03228)

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
P.O. BOX 2728
SEATTLE WA, 98111
(206) 624-2184