THE HONORABLE JUDGE ROSANNA M. PETERSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SELAH ALLIANCE FOR EQUALITY, COURTNEY HERNANDEZ, REV. DONALD DAVIS JR., LAURA PEREZ, ANITA CALLAHAN, KALAH JAMES, CHARLOTTE TOWN, AMANDA WATSON, and ANNA WHITLOCK, | No. 1:20-cv-03228-RMP **JOINT SETTLEMENT STATUS CERTIFICATE** |
| Plaintiffs, | |
| v. | |
| CITY OF SELAH; SHERRY RAYMOND, in her official capacity as Mayor of the City of Selah; and DONALD WAYMAN, in his official capacity as City Administrator for the City of Selah, | |
| Defendants. | |

In accordance with the Court's July 19, 2021 Scheduling Order, the Parties submit this Joint Settlement Status Certificate. *See* ECF No. 68 at 6. The Parties participated in a successful mediation on November 10, 2021, which resulted in the signing of a term sheet outlining the proposed terms of settlement. The Parties are now in the process of finalizing a settlement agreement. Therefore, there is no need

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1   for a hearing on January 14, 2022, nor is there any need for a Court ordered

2   mediation.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT SETTLEMENT STATUS CERTIFICATE
(No. 1:20-cv-03228) - 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED:  January 7, 2022

s/ Joseph Cutler

Joseph Cutler, WSBA No. 37234
s/ Carolyn Gilbert

Carolyn Gilbert, WSBA No. 51285
s/ Reina Almon-Griffin

Reina Almon-Griffin, WSBA No. 54651
s/ Jane E. Carmody

Jane E. Carmody, WSBA No. 55409
s/ Roxanne Degens

Roxanne Degens, WSBA No. 57351

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
JCutler@perkinscoie.com
CarolynGilbert@perkinscoie.com
RAlmon-Griffin@perkinscoie.com
JCarmody@perkinscoie.com
RDegens@perkinscoie.com

s/ Nancy Talner

Nancy Talner, WSBA No. 11196
s/ Yvonne Chin

Yvonne Chin, WSBA No. 50389

**American Civil Liberties Union of
Washington Foundation**
P.O. Box 2728
Seattle, WA 98111
Telephone:  206.624.2184
talner@aclu-wa.org
ychin@aclu-wa.org

*Attorneys for Plaintiffs Selah Alliance for
Equality, et al.*

s/ Christopher J. Kerley

Christopher J. Kerley, WSBA No. 16489
**Evans, Craven & Lackie, P.S.**
818 W. Riverside, Suite 250

JOINT SETTLEMENT STATUS CERTIFICATE
(No. 1:20-cv-03228) - 3

1    Spokane, WA 99201-0910
Telephone: 509.455.5200

2    Facsimile: 509.455. 3632
ckerley@ecl-law.com

3

4

5    s/ D.R. (Rob) Case
D.R. (Rob) Case, WSBA No. 34313

6    **Larson Berg & Perkins PLLC**
105 North Third Street

7    Yakima, WA 98901

8    Telephone: 509.457.1515
Facsimile: 509.457.1027

9    Rob@LBPlaw.com

10

11   *Attorneys for Defendants City of Selah and*
*Sherry Raymond*

12

13   s/ Kirk A. Ehlis
Kirk A. Ehlis, WSBA No. 22908

14   **Menke Jackson Beyer, LLP**
807 North 39th Avenue

15   Yakima, Washington 98902

16   Telephone: 509.575.0313
Fax: 509.575.0351

17   kehlis@mjbe.com

18

19   *Attorney for Defendant Donald Wayman*

20

21

22

23

24

25

26

JOINT SETTLEMENT STATUS CERTIFICATE
(No. 1:20-cv-03228) - 4

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 7, 2022, I filed the

foregoing document via CM/ECF, which effectuated service on all counsel of

record.

DATED this 7th day of January, 2022

s/ Reina Almon-Griffin, WSBA No. 54651
RAlmon-Griffin@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8015
Facsimile:  206.359.9015

JOINT SETTLEMENT STATUS CERTIFICATE
(No. 1:20-cv-03228) - 5