Jack W. Fiander, Attorney
Towtnuk Law Offices, Ltd.
Sacred Ground Legal Services, Inc.
5808A Summitview Avenue #93
Yakima, WA 98908
(509) 969-4436 or (509) 961-0096
towtnuklaw@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

**SELAH ALLIANCE FOR EQUALITY**,

        Plaintiff,

v.

**CITY OF SELAH, et. al,**

        Defendants.

Court No. 1:20-cv-03228-RMP

**NOTICE OF APPEARANCE**

*Pro Hac Vice*

TO:  The Clerk of Court and all Counsel of Record

PLEASE TAKE NOTICE that the undersigned appears herein for the limited purpose of objecting to certain terms of the parties proposed settlement.

DATED this _4th__ day of February, 2022.

    Respectfully submitted,

    S/Jack W. Fiander

    _____
    Jack W. Fiander

Notice of Appearance - 1
1:20-cv-03228-RMP

Towtnuk Law Offices, Ltd.
Sacred Ground Legal Services, Inc.
5808A Summitview Avenue, #93
Yakima, WA 98908
(509) 969-4436
towtnuklaw@msn.com

Certificate of Service

The undersigned certifies the foregoing was filed with the Clerk of Court with copies served upon all counsel of record.

S/Jack W. Fiander

Notice of Appearance - 2
1:20-cv-03228-RMP

Towtnuk Law Offices, Ltd.
Sacred Ground Legal Services, Inc.
5808A Summitview Avenue, #93
Yakima, WA 98908
(509) 969-4436
towtnuklaw@msn.com