Jack W. Fiander, Attorney
Towtnuk Law Offices, Ltd.
Sacred Ground Legal Services, Inc.
5808A Summitview Avenue #93
Yakima, WA 98908
(509) 969-4436 or (509) 961-0096
towtnuklaw@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

**SELAH ALLIANCE FOR EQUALITY**,

                  Plaintiff,

v.

**CITY OF SELAH, et. al,**

                  Defendants.

Court No. 1:20-cv-03228-RMP

**COMPLAINT IN INTERVENTION**

(Proposed)

COMES NOW, the undersigned on his own behalf and on behalf of the descendants of Owhi and alleges on information and belief that on or about February 2, 2022 within the Eastern District of Washington plaintiff and defendant have expressed intent to utilize the name of Owhi in settlement of litigation and that the above named parties lack legal authorization to do so absent the consent of intervenor plaintiffs, consultation with the governing body of Owhi's tribe, and compliance with the ceremonial procedures for authorization for use of such name. The parties should be enjoined from proceeding with such term until such time as the foregoing ceremonial processes are satisfied.

Compalint (Proposed) - 1
1:20-cv-03228-RMP

Towtnuk Law Offices, Ltd.
Sacred Ground Legal Services, Inc.
5808A Summitview Avenue, #93
Yakima, WA 98908
(509) 969-4436
towtnuklaw@msn.com

1  DATED this _5th__ day of February, 2022.

Respectfully submitted,

S/Jack W. Fiander

_____
Jack W. Fiander

Certificate of Service

The undersigned certifies the foregoing was filed with the Clerk of Court with copies served upon all counsel of record.

S/Jack W. Fiander

Compalint (Proposed) - 2
1:20-cv-03228-RMP

Towtnuk Law Offices, Ltd.
Sacred Ground Legal Services, Inc.
5808A Summitview Avenue, #93
Yakima, WA 98908
(509) 969-4436
towtnuklaw@msn.com