Jack W. Fiander, Attorney
Towtnuk Law Offices, Ltd.
Sacred Ground Legal Services, Inc.
5808A Summitview Avenue #93
Yakima, WA 98908
(509) 969-4436 or (509) 961-0096
towtnuklaw@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **SELAH ALLIANCE FOR EQUALITY**, | Court No. 1:20-cv-03228-RMP |
| Plaintiff, | **NOTICE OF WITHDRAWAL RE MOTION TO INTERVENE** |
| v. | Note for Hearing: |
| **CITY OF SELAH, et. al,** | Monday, March 7, 2022 |
| Defendants. | |

TO:  The Clerk of Court

AND TO: All Counsel of Record

PLEASE TAKE NOTICE that movant/objector Descendants of Owhi hereby withdraw their Motion to Intervene (ECF 76).

DATED this _7th__ day of February, 2022.

Respectfully submitted,

S/Jack W. Fiander

_____
Jack W. Fiander

Withdrawal Re Motion to Intervene - 1
1:20-cv-03228-RMP

Towtnuk Law Offices, Ltd.
Sacred Ground Legal Services, Inc.
5808A Summitview Avenue, #93
Yakima, WA 98908
(509) 969-4436
towtnuklaw@msn.com

1
2
3                              Certificate of Service

4   The undersigned certifies the foregoing was filed with the Clerk of Court with copies served upon all counsel of record.
5
6                                   S/Jack W. Fiander

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Withdrawal Re Motion to Intervene - 2
1:20-cv-03228-RMP

Towtnuk Law Offices, Ltd.
Sacred Ground Legal Services, Inc.
5808A Summitview Avenue, #93
Yakima, WA 98908
(509) 969-4436
towtnuklaw@msn.com