THE HONORABLE JUDGE ROSANNA M. PETERSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SELAH ALLIANCE FOR EQUALITY, COURTNEY HERNANDEZ, REV. DONALD DAVIS JR., LAURA PEREZ, ANITA CALLAHAN, KALAH JAMES, CHARLOTTE TOWN, AMANDA WATSON, and ANNA WHITLOCK, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SELAH; SHERRY RAYMOND, in her official capacity as Mayor of the City of Selah; and DONALD WAYMAN, in his official capacity as City Administrator for the City of Selah, <br><br> Defendants. | No. 1:20-cv-03228 <br><br> **JOINT CASE STATUS REPORT** |

**JOINT CASE STATUS REPORT**

Pursuant to this Court's Text Order, ECF No. 79, dated April 1, 2022, Plaintiffs, Selah Alliance for Equality, Courtney Hernandez, Reverend Donald Davis Jr., Laura Perez, Anita Callahan, Kalah James, Charlotte Town, Amanda Watson,

CASE STATUS REPORT
(No. 1:20-cv-03228) - 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

and Anna Whitlock (herein after "Plaintiffs"), through undersigned counsel, and Defendants, City of Selah, Sherry Raymond, and Donald Wayman (hereinafter "Defendants"), through undersigned counsel, file this Joint Status Report.

On November 10, 2021, Plaintiffs and Defendants participated in a successful mediation, which resulted in the signing of a term sheet outlining the proposed terms of a settlement. Plaintiffs and Defendants continue to work diligently towards finalizing this settlement agreement, specifically one term that has to do with the honorary naming of a Selah park. Plaintiffs are seeking permission to use the honorary name from the appropriate parties. It may take some time to receive those approvals. Thus, Plaintiffs and Defendants continue to work in good faith toward finalizing a settlement agreement pursuant to the terms agreed to on November 10, 2021. The parties will file a motion to continue the current deadlines set forth in the Order Granting Plaintiffs' Motion to Extend Discovery Deadline and Amended Jury Trial Scheduling Order, ECF No. 68.

Respectfully submitted,

CASE STATUS REPORT
(No. 1:20-cv-03228) - 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| DATED: April 8, 2022 | *s/ Reina Almon-Griffin* |
| | Reina Almon-Griffin, WSBA No. 54651 |
| | Joseph Cutler, WSBA No. 37234 |
| | Jane E. Carmody, WSBA No. 55409 |
| | Roxanne Degens, WSBA No. 57351 |
| | Carolyn Gilbert, WSBA No. 51285 |
| | **Perkins Coie LLP** |
| | 1201 Third Avenue, Suite 4900 |
| | Seattle, WA 98101-3099 |
| | Telephone: 206.359.8000 |
| | Facsimile: 206.359.9000 |
| | JCutler@perkinscoie.com |
| | CarolynGilbert@perkinscoie.com |
| | RAlmon-Griffin@perkinscoie.com |
| | JCarmody@perkinscoie.com |
| | RDegens@perkinscoie.com |
| | |
| | *s/ Yvonne Chin* |
| | Yvonne Chin, WSBA No. 50389 |
| | Nancy Talner, WSBA No. 11196 |
| | **American Civil Liberties Union of Washington Foundation** |
| | P.O. Box 2728 |
| | Seattle, WA 98111 |
| | Telephone: 206.624.2184 |
| | talner@aclu-wa.org |
| | ychin@aclu-wa.org |
| | |
| | *Attorneys for Plaintiffs Selah Alliance for Equality, et al.* |
| | |
| | *s/ Christopher J. Kerley* |
| | Christopher J. Kerley, WSBA No. 16489 |
| | **Evans, Craven & Lackie, P.S.** |
| | 818 W. Riverside, Suite 250 |
| | Spokane, WA 99201-0910 |
| | Telephone: 509.455.5200 |

CASE STATUS REPORT
(No. 1:20-cv-03228) - 3

```
                    Facsimile: 509.455. 3632
                    ckerley@ecl-law.com


                    s/ D.R. (Rob) Case
                    D.R. (Rob) Case, WSBA No. 34313
                    Larson Berg & Perkins PLLC
                    105 North Third Street
                    Yakima, WA 98901
                    Telephone: 509.457.1515
                    Facsimile: 509.457.1027
                    Rob@LBPlaw.com


                    Attorneys for Defendants City of Selah and
                    Sherry Raymond

                    s/ Kirk A. Ehlis
                    Kirk A. Ehlis, WSBA No. 22908
                    Menke Jackson Beyer, LLP
                    807 North 39th Avenue
                    Yakima, Washington 98902
                    Telephone: 509.575.0313
                    Fax: 509.575.0351
                    kehlis@mjbe.com


                    Attorney for Defendant Donald Wayman
```

CASE STATUS REPORT
(No. 1:20-cv-03228) - 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will effectuate service of a copy of such filing to the counsel/parties of record.

DATED this 8th day of April 2022,

*s/ Reina Almon-Griffin*
Reina A. Almon-Griffin, WSBA No. 54651
RAlmon-Griffin@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8015
Facsimile: 206.359.9015

CASE STATUS REPORT
(No. 1:20-cv-03228) - 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000