FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 18, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SELAH ALLIANCE FOR EQUALITY; COURTNEY HERNANDEZ; REV. DONALD DAVIS, JR; LAURA PEREZ; ANITA CALLAHAN; KALAH JAMES; CHARLOTTE TOWN; AMANDA WATSON; and ANNA WHITLOCK<br><br>                Plaintiffs,<br><br>  v.<br><br>CITY OF SELAH; SHERRY RAYMOND, in her capacity as Mayor of the City of Selah; and DONALD WAYMAN, in his official capacity as City Administrator for the City of Selah,<br><br>                Defendants. | NO: 1:20-CV-3228-RMP<br><br>ORDER GRANTING THE PARTIES' MOTION TO EXTEND DEADLINES AND RESET COURT DATES |

BEFORE THE COURT is the parties' Joint Motion to Extend Remaining Deadlines and Court Dates by 90 Days, ECF No. 81. Having reviewed the motion, the record, and being fully informed, the Court finds good cause to grant the parties' request.

ORDER GRANTING THE PARTIES' MOTION TO EXTEND DEADLINES AND RESET COURT DATES ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Motion to Extend Remaining Deadlines and Court Dates by 90 Days, **ECF No. 81**, is **GRANTED**.

2. ***Court Dates***

   (a) The current **jury** trial date of May 9, 2022, is **STRICKEN** and **RESET** to **August 8, 2022**, at **9:00 a.m.** in **Yakima,** Washington. Counsel estimates a trial length of **ten days**.

   (b) The current pretrial conference April 26, 2022, is **STRICKEN** and **RESET** to **July 26, 2022**, at **9:00 a.m. by video conference**.

3. ***Protocol for Video Hearings***

In the event that a matter is heard by video conference, the parties will be provided connection instructions from the Court via email prior to the hearing, and the parties shall abide by the following:

   (a) In advance of participating in a hearing by video conference, all personal equipment, software, and the internet connection should be tested to ensure that a case participant's means of connecting to the hearing is fully operational.

   (b) Participants shall contact the courtroom deputy to confirm who will be participating in the hearing, and who, specifically, will be presenting on behalf of their client. Anyone who is not on the courtroom deputy's list will

ORDER GRANTING THE PARTIES' MOTION TO EXTEND DEADLINES AND RESET COURT DATES ~ 2

not be allowed to join the hearing. In addition, any participants who are not presenting will not be allowed to be visible on video.

(c) Participants *shall not* invite the public to participate in the hearing. Non-parties may listen to hearings by calling the Court's public conference line at 888.363.4749 and entering access code 4939688# five minutes before the hearing begins (no security code is needed).

(d) Hearing participants shall mute themselves when not speaking.

(e) **No recording or rebroadcasting is permitted for any hearing.**

**4.** *Motion Practice*

(a) All parties shall adhere to LCivR 7.

(b) Motions to Expedite, if any, shall be filed separately and noted for hearing at least seven (7) days from the date of filing, pursuant to LCivR 7(i)(2)(C). If the matter needs to be heard on a more immediate basis, the party filing the motion shall advise chambers of such.

(c) All motions will be heard without oral argument unless oral argument is requested and approved by the Court. If oral argument is desired, the parties must contact the courtroom deputy to acquire a hearing date, s*ee* LCivR 7(i)(3)(B), and must advise the courtroom deputy why oral argument would be appropriate.

ORDER GRANTING THE PARTIES' MOTION TO EXTEND DEADLINES AND RESET COURT DATES ~ 3

(d)  All motion hearings in which oral argument has been approved shall be set for in-person appearance; however, the parties may request to appear by video conference.

(e)  Notwithstanding the foregoing procedure, the Court may decide that oral argument is not warranted and proceed to determine any motion without oral argument.  *See* LCivR 7(i)(3)(B)(iii).

5.  ***Exhibit and Witness Lists***

(a)  Exhibit lists and witness lists shall be separately filed and served and exhibits made available for inspection (or copies provided), by **June 9, 2022**.

(b)  The witness list shall include identification of each witness's testimony.  Pretrial disclosure of the identity of all persons shall conform to the requirements of Fed. R. Civ. P. 26(a)(1) (persons with relevant knowledge) and 26(a)(3) (witnesses).

(c)  For any expert witness included on the witness list, the proffering party shall e-mail the Rule 26(a)(2) report to the Court at petersonorders@waed.uscourts.gov.

(d)  Objections to the opposing party's witness and exhibit lists and any accompanying briefs shall be separately filed and served by **June 16, 2022**.  Failure to comply with this paragraph could be deemed to constitute a waiver

ORDER GRANTING THE PARTIES' MOTION TO EXTEND DEADLINES AND RESET COURT DATES ~ 4

of all objections. Do not submit blanket or boilerplate objections to the opposing party's exhibits; these will be disregarded and overruled.

(e) All exhibits to which there is no objection shall be deemed admitted, subject to any objections at trial that could not be raised in advance.

(f) Responses, if any, to objections to witnesses and exhibits shall be separately filed and served by **June 23, 2022**.

(g) By **June 23, 2022**, the parties shall prepare and file a joint pretrial exhibit stipulation that contains each party's numbered list of all trial exhibits with the opposing party's objections to each exhibit, including the basis of the objection and the offering party's brief response. The pretrial exhibit stipulation shall be substantially in the following form:

**Pretrial Exhibit Stipulation**

**Plaintiffs'/Defendants' Exhibits**

| Exhibit No. | Description | If Objection, State Grounds | Response to Objection |
|---|---|---|---|

(h) Copies of exhibits to which there are objections shall be provided to the Court, on a flash drive or disk, by **June 23, 2022**.

(i) Objections to exhibits and witnesses shall be heard at the pretrial conference.

(j) Where feasible, all exhibits identified in depositions shall be pre-marked with the exhibit numbers that will be used at trial. Plaintiffs' trial

ORDER GRANTING THE PARTIES' MOTION TO EXTEND DEADLINES AND RESET COURT DATES ~ 5

exhibits are to be numbered 1 through 199; Defendants' exhibits are to be numbered 200 and following.

(k)  The Court utilizes JERS (Jury Evidence Recording System) to allow evidence admitted for a trial to be viewed electronically via touchscreen monitor in the jury deliberation room upon the conclusion of the trial.  Please note that the jury will receive a verbatim copy of the JERS exhibit list.  Please carefully review and follow the instructions provided.

[JERS Instruction Sheet for Attorneys](#)

**6.    *Designation of Testimony***

(a)  Designation of substantive, as opposed to impeachment, deposition testimony shall be by highlighting and shall be served upon opposing counsel, but *not* filed, by **June 9, 2022**.

(b)  Cross-designations by highlighting in a different color shall be served, but *not* filed, by **June 16, 2022**.

(c)  Objections to any designated deposition testimony shall be filed and served by **June 23, 2022**, and shall be heard and resolved at the pretrial conference.

(d)  Copies of designations to which there are objections shall be provided to the by Court, on a flash drive or disk, by **June 23, 2022**.

/ / /

ORDER GRANTING THE PARTIES' MOTION TO EXTEND DEADLINES AND RESET COURT DATES ~ 6

7. *Motions in Limine*

(a) All unresolved substantive or evidentiary issues that may foreseeably arise during trial shall be addressed by Motions in Limine to be filed and served by **June 24, 2022**.

(b) Responses shall be filed and served by **July 1, 2022**.

(c) Replies shall be filed and served by **July 8, 2022**.

(d) The parties shall note Motions in Limine for hearing at the pretrial conference.

8. *Pretrial Order*

(a) A joint Pretrial Order, prepared in accordance with the format provided in LCivR 16(e) shall be filed by **July 14, 2022**, and a copy e-mailed in Word format to the Court at petersonorders@waed.uscourts.gov. The Court will *not* accept individually filed pretrial orders.

(b) Any facts that are agreed upon by the parties and require no proof must be submitted to the Court prior to trial as written stipulations.

(c) The list of exhibits contained in the joint Pretrial Order shall reflect the exhibit marking scheme described above in paragraph 5(j).

(d) In preparing the joint Pretrial Order, the parties shall confer regarding duplicate exhibits and determine which party will submit such exhibits for trial.

ORDER GRANTING THE PARTIES' MOTION TO EXTEND DEADLINES AND RESET COURT DATES ~ 7

9.  ***Trial Briefs and Proposed Voir Dire*** shall be filed by **July 14, 2022**.

10. ***Jury Instructions***

No later than **July 14, 2022**, the parties shall:

(a)  Confer regarding jury instructions and file jointly proposed jury instructions and a table of proposed jury instructions for the Court's consideration.

(b)  The jointly proposed jury instructions should address only issues that are unique to this case and shall include instructions regarding the elements of each count, any necessary definitions, and a proposed verdict form.

(c)  All instructions shall be short, concise, understandable, and neutral statements of the law.  Argumentative instructions shall not be submitted or given.

(d)  The parties shall electronically provide the Court with a table of proposed, cited Jury Instructions.  The jury instruction table shall be substantially in the following form:

| Proposed by: | Instruction # | 9th Cir. Cite | Objection | Response to Objection |
|---|---|---|---|---|

(i)  This table shall include:

(a)  The instructions on which the parties agree;

(b)  The instructions that are disputed; and

ORDER GRANTING THE PARTIES' MOTION TO EXTEND DEADLINES AND RESET COURT DATES ~ 8

    (c) The basis of any objection.

    (e) In addition to the jury instruction table, each party shall address any objections they have to instructions proposed by any other party in a memorandum which identifies the specific portion of any proposed instruction to which they object and shall concisely state the basis for the objection.

    (f) If any proposed instruction is a modified version of model instructions, the parties shall identify the modification and legal authority for the modification.

    (g) Objections asserting that an instruction sets forth an incorrect or inappropriate statement of law shall cite specific legal authority supporting the objection.

    (h) Failure to file an objection and supporting memorandum may be construed as consent to the adoption of an instruction proposed by another party.

  **11.** The Court requires that the following be submitted to the courtroom deputy clerk no later than **August 1, 2022**.

    (a) The original binder of exhibits together with three discs or flash drives containing copies of the same. Exhibits for presentation at trial shall be placed in a tabbed binder indexed by exhibit number with exhibit tags placed consistently on the bottom right corner of each exhibit.

   (b) One copy of a final joint exhibit list.  Joint Exhibit List Form

   (c) One copy of witness lists in the order in which the witnesses are expected to be called to testify.

   (d) Final copy of video depositions that have been edited pursuant to the Court's rulings on objections.

 **12**. Pursuant to Fed. R. Civ. P. 16, this schedule shall not be modified unless the Court finds good cause to grant leave for modifications. Fed. R. Civ. P. 16(f) provides for sanctions for failure to obey the Scheduling Order.

 **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

 **DATED** April 18, 2022.

          *s/ Rosanna Malouf Peterson*
         ROSANNA MALOUF PETERSON
         Senior United States District Judge

ORDER GRANTING THE PARTIES' MOTION TO EXTEND DEADLINES AND RESET COURT DATES ~ 10