FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 08, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SELAH ALLIANCE FOR EQUALITY, COURTNEY HERNANDEZ, REV. DONALD DAVIS JR., LAURA PEREZ, ANITA CALLAHAN, KALAH JAMES, CHARLOTTE TOWN, AMANDA WATSON, and ANNA WHITLOCK,<br><br>     Plaintiffs,<br><br> v.<br>CITY OF SELAH; SHERRY RAYMOND, in her official capacity as Mayor of the City of Selah; and DONALD WAYMAN, in his official capacity as City Administrator for the City of Selah,<br><br>     Defendants,<br>and<br><br>JACK W. FIANDER, on his own behalf and on behalf of the descendants of Owhi,<br><br>     Objector. | NO: 1:20-CV-3228-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

BEFORE THE COURT is a Stipulated Motion to Dismiss with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B), ECF No. 89. Having reviewed the Stipulation and the record, the Court finds good cause to grant dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion to Dismiss with Prejudice, **ECF No. 89**, is **GRANTED**.

2. Plaintiffs' Complaint is dismissed **with prejudice** and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** September 8, 2022.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Senior United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2